UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEVE PAPPAS,<br><br>Defendant. | 21-mc-00373 |

## [~~PROPOSED~~] JUDGMENT CONVERTING THE COMMISSION'S ORDER TO A JUDGMENT

Plaintiff Securities and Exchange Commission (the "Commission") having applied to this Court pursuant to Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e), to convert to a Judgment a Commission Order dated April 5, 2016, which among other things, directed Steve Pappas ("Pappas") to pay a civil money penalty in the amount of $50,000 to the Commission, and it appearing that such application should be granted,

IT IS HEREBY ORDERED, THAT:

1. The Commission's application is GRANTED.

2. Pursuant to Pursuant to Section 21(e) of the Exchange Act, 15 U.S.C. § 78u(e), Pappas shall comply with the Commission Order by paying to the Commission the outstanding balance of the $50,000 penalty and applicable interest pursuant to 31 U.S.C. § 3717 within 30 days of entry of this Judgment.

3. Payment may be made electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request made to Disgorgement-Penalty@sec.gov. Payment may also be made directly from a bank account via Pay.gov through the SEC website at https://www.sec.gov/paymentoptions. Pappas may also pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities

and Exchange Commission and setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment. The funds may be hand-delivered or mailed to:

>   Enterprise Services Center
>   Accounts Receivable Branch
>   HQ Bldg., Room 181, AMZ-341
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

Payments must be accompanied by a cover letter identifying Pappas as the Defendant in this action, and the name of this Court and the docket number of this action. A copy of the cover letter and payment confirmation must be sent to Carol E. Schultze, Securities and Exchange Commission, Division of Enforcement, 100 F. Street, NE, Mail Stop 5628 Washington, DC 20549-5628 or via email at schultzec@sec.gov.

4. By making such payment Pappas relinquishes all legal and equitable right, title and interest in such funds, and no portion of such funds shall be returned to Pappas. The Commission shall send funds received to the United States Treasury.

5. Pappas shall pay to the Commission post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

6. If Pappas does not pay the above amounts the Commission may enforce this Judgment through the remedies available by law to collect the unpaid balance.

7. To preserve the deterrent effect of the civil penalty, amounts ordered to be paid as civil penalties pursuant to this Judgment shall be treated as penalties paid to the government for all purposes, including all tax purposes.

8. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated: ___May 14, 2021___, 2021
       New York, New York

_____
~~UNITED STATES DISTRICT JUDGE~~
Ronnie Abrams, U.S.D.J.